IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| X.J., a minor, by his parent and natural Guardian, YESINIA NEGRON | : : : | |
| v. | : : | CIVIL ACTION NO. 22-1304 |
| POLICE OFFICER KEEN, et al | : | |

### O R D E R

**AND NOW**, this __12th__ day of __August__, 2022, upon consideration of the Parties' Stipulation that all claims against Defendant Police Officer Rycek be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED** that the Stipulation is **GRANTED.** Defendant Police Officer Christoher Rycek is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**