IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| X.J., a minor, by his parent and natural guardian, YESINIA NEGRON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>POLICE OFFICER KEEN, et al.,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　Civil Action No. 22-1304<br>:<br>:<br>: |

**ORDER APPROVING SETTLEMENT**
**AND**
**ORDER FOR DISTRIBUTION**

AND NOW, this 30th day of August, 2022, upon consideration of the foregoing Motion to Approve Settlement and Compromise a Minor's Action the settlement of the minor's claim herein is approved as follows:

Total amount of settlement $15,000.00.

To the minor Plaintiff, X.J., ................................................................... $10,000.00

To Patrick G. Geckle, Esquire, attorney's fees and costs............................. 5,000.00

The full amount of the minor's settlement funds shall be placed in a federally insured account marked with the restriction that the funds "shall not be withdrawn until such time as the minor attains his majority or upon further order of the Court."

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. BARCLAY SURRICK, J.